**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6332**

───────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

QUINTON D. RAINEY, a/k/a Q,

                                   Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca B. Smith, District
Judge.  (CR-94-69, CA-99-13-4)

───────────

Submitted:  July 18, 2002          Decided:  July 23, 2002

───────────

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Quinton D. Rainey, Appellant Pro Se.  Fernando Groene, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Quinton D. Rainey seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Rainey, Nos. CR-94-69; CA-99-13-4 (E.D. Va. Jan. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2